J. ANDREW HALL *vs.* JOHN C. HUNTER and another.

July 15, 1889.

Action in the municipal court of Duluth, to recover commissions on sale of real estate. Trial by court, and judgment for $262.50 and costs ordered for plaintiff. Appeal by defendants from an order refusing a new trial.

*Ensign, Cash & Williams,* for appellants.

*H. S. Merwin,* for respondent.

*By the Court.* The evidence was sufficient to justify the findings of the trial court, and therefore the order denying a new trial must be affirmed.